People of the State of Illinois, Plaintiff-Appellee, v. Fred
C. Brown, Defendant-Appellant.

Gen. No. 52,441. (Abstract of Decision.)

First District, First Division.

December 8, 1969.

Gerald W. Getty, Public
Defender of Cook County, of Chicago (Herbert Becker, Norman
W. Fishman, and James J. Doherty, Assistant Public Defenders,
of counsel), for appellant; Edward V. Hanrahan, State's Attorney
of Cook County, of Chicago (Elmer C. Kissane, Assistant State's
Attorney and Robert Kelty, Special Assistant State's Attorney, of
counsel), for appellee. Opinion by JUSTICE MURPHY. Not to
be published in full.